IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Murray, Patricia A | Case Number: 04 B 40467 |
| | Judge: Hollis, Pamela S |
| Printed: 9/3/08 | Filed: 11/1/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 7, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,121.54 | |
| Secured: | | 13,534.51 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,720.00 |
| Trustee Fee: | | 843.90 |
| Other Funds: | | 23.13 |
| Totals: | 16,121.54 | 16,121.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 1,720.00 | 1,720.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 14,794.24 | 9,988.89 |
| 4. | American General Finance | Secured | 2,949.56 | 1,888.00 |
| 5. | Select Portfolio Servicing | Secured | 1,249.40 | 843.59 |
| 6. | Cook County Treasurer | Secured | 1,000.00 | 675.51 |
| 7. | City Of Chicago | Secured | 224.15 | 138.52 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 84.54 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 336.26 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 72.48 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 43.99 | 0.00 |
| 12. | Bank One | Unsecured | 150.00 | 0.00 |
| 13. | SBC | Unsecured | 109.81 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 286.80 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 202.32 | 0.00 |
| 16. | World Financial Network Nat'l | Unsecured | 54.79 | 0.00 |
| 17. | Fingerhut Corporation | Unsecured | 14.97 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Comprehensive Ctr For Womens Med | Unsecured | | No Claim Filed |
| 21. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 22. | Comprehensive Ctr For Womens Med | Unsecured | | No Claim Filed |
| 23. | National Credit Adjusters | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | Rush Emergency Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Murray, Patricia A | Case Number: 04 B 40467 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 9/3/08 | Filed: 11/1/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Newport News | Unsecured | | No Claim Filed |
| 27. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 28. | Target | Unsecured | | No Claim Filed |
| 29. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 30. | Rush University | Unsecured | | No Claim Filed |
| 31. | University of Chicago | Unsecured | | No Claim Filed |
| 32. | Sylvan Learning Center | Unsecured | | No Claim Filed |
| 33. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 34. | University Gastroenterologists | Unsecured | | No Claim Filed |
| 35. | University Pathologists PC | Unsecured | | No Claim Filed |
| 36. | Accounts Receiveable Service | Unsecured | | No Claim Filed |
| 37. | University of Illinois | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,293.31 | $ 15,254.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 142.72 |
| 4% | 39.66 |
| 3% | 28.48 |
| 5.5% | 158.99 |
| 5% | 47.44 |
| 4.8% | 137.70 |
| 5.4% | 288.91 |
| | _____ |
| | $ 843.90 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

